IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KEVIN ANDRE MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-032 |
| | ) | |
| DR. CHAUDHARY AYAZ, | ) | |
| Gastroenterologist Doctor for the | ) | |
| Georgia Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff commenced the above-captioned civil rights case in the Northern District of Florida, concerning events which allegedly occurred at Augusta State Medical Prison in Grovetown, Georgia. Plaintiff also filed a request to proceed *in forma pauperis* ("IFP"). (Doc. no. 2.) Because the complaint raises allegations about events that occurred in the Southern District of Georgia, United States Magistrate Judge Gary R. Jones transferred the case to this District on March 9, 2016. (Doc. no. 4.)

Notably, however, on February 29, 2016, Plaintiff commenced the same case in this District. See Matthews v. Ayaz, CV 116-023, doc. no. 1 (S.D. Ga. Feb. 29, 2016). Both complaints were signed and dated by Plaintiff on February 26th, both name the same Defendant, and both raise the same Eighth Amendment claims alleging deliberate indifference with respect to treatment for Hepatitis C. On March 1, 2016, the Magistrate Judge granted Plaintiff permission to proceed IFP in the first case, subject to returning a

Trust Fund Account Statement and Consent to Collection of Fees form within thirty days. CV 116-023, doc. no. 3.

Because it appears Plaintiff filed the same case in two different courts, resulting in this Court now having two cases on its docket that deal with the same allegations, the duplicate case, CV 116-032, shall be **CLOSED**. Plaintiff's request to proceed IFP in this case is **DENIED AS MOOT**. Plaintiff shall not be responsible for a second filing fee.

Plaintiff's case against Defendant Ayaz shall proceed in the normal course in CV 116-023, and Plaintiff shall make all future filings under that case number.

SO ORDERED this 18th day of March, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA